UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA MESA,<br><br>            Plaintiff,<br>  vs.<br>MODERN WOODMEN OF AMERICA,<br><br>            Defendant.<br>_____/ | CASE NO. CV F 06-1055 LJO GSA<br><br>**ORDER AFTER SETTLEMENT** |

    Settlement of this action was reached at the November 27, 2007 settlement conference. Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, no later than January 4, 2008, to file papers to dismiss this action in its entirety.

    This Court VACATES all court dates and pending matters, including the December 12, 2007 pretrial conference and the February 11, 2008 trial.

    Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order. *See* Local Rule 16-160 and 16-272.

IT IS SO ORDERED.

**Dated:   November 28, 2007**           **/s/ Lawrence J. O'Neill**
                                                   UNITED STATES DISTRICT JUDGE