1  DOWNEY BRAND LLP
   DANIEL J. COYLE (Bar No. 119274)
2  MONICA S. HANS (Bar No. 227379)
   555 Capitol Mall, Tenth Floor
3  Sacramento, CA  95814-4686
   Telephone: (916) 444-1000
4  Facsimile: (916) 444-2100

5  Attorneys for Defendant
   MODERN WOODMEN OF AMERICA

6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10 | GINA MESA, an individual, | Case No.  1:06-CV-01055 LJO GSA |
11 | Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
12 | v. | |
13 | MODERN WOODMEN OF AMERICA, | |
14 | Defendant. | |

16       IT IS HEREBY STIPULATED by and between the parties to this action, through their
17 designated counsel, that the above-captioned action be and hereby is dismissed with prejudice
18 pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to be responsible for her or
19 its own attorney's fees and costs.

20       IT IS SO STIPULATED.

22 Dated:  December 5, 2007        By:        /s/ Randall M. Rumph
                                    Randall M. Rumph
                                    Attorneys for Plaintiff Gina Mesa

24 Dated:  December 11, 2007       DOWNEY BRAND LLP

26                                 By:        /s/ Daniel J. Coyle
                                    Daniel J. Coyle
                                    Attorneys for Defendant Modern Woodmen of
27                                  America

28

893933.1                            1

1 **<u>ORDER</u>**

2 IT IS HEREBY ORDERED, per the Stipulation of the Parties, that the above-entitled
3 matter is hereby dismissed with prejudice.

4

5 Dated: 12/17/07          /s/ Lawrence J. O'Neill
6                                              U.S. District Judge